**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVIE RON ADAMS JR.,       ) | NO. CV 16-05681-JAK(AS) |
| )                            | |
|             Plaintiff,     ) | |
| )                            | |
|      v.                    ) | **JUDGMENT** |
| )                            | |
| LOS ANGELES COUNTY JAIL, et. al., ) | |
| )                            | |
|             Defendants.    ) | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 27, 2017

                                          JOHN A. KRONSTADT
                                UNITED STATES DISTRICT JUDGE